UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   21-08034-MATTHEWMAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALIREZA HENDIJANI,

    Defendant.
_____:

**NOTICE OF REQUEST FOR DISCLOSURES OF
EXPERT WITNESS SUMMARIES**

    The defendant, through undersigned counsel, files this notice of request for disclosures of expert witness summaries pursuant to Fed. R. Crim. P. 16(a)(1)(G) and paragraph N of the Standing Discovery Order.  The defendant requests disclosure of expert testimony the government intends to introduce at trial during its case-in-chief.  As to each potential expert witness, the government should disclose the name of the expert witness, the witness' qualifications, present employment, a summary of the witness' opinion, and the bases and reasons for the opinion. *See, e.g., United States v. Ortega*, 150 F.3d 937, 943 (8th Cir. 1998) (agent's

testimony, involving specialized knowledge of drug-related activities and paraphernalia, was expert opinion subject to disclosure).

        Respectfully submitted,

        MICHAEL CARUSO
        Federal Public Defender

        *s/ Scott Berry*
        Scott Berry
        Assistant Federal Public Defender
        Attorney for the Defendant
        Florida Bar No. 0525561
        450 South Australian Avenue, Suite 500
        West Palm Beach, Florida 33401
        (561) 833-6288 - Telephone
        Scott_Berry@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Scott Berry*
Scott Berry