UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80026-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**ALIREZA HENDIJANI**,

    Defendant.
    _____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge [ECF No. 78]. On June 22, 2021, Magistrate Judge Bruce Reinhart held a Change of Plea hearing and thereafter issued a Report and Recommendation [ECF No. 88]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 88] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Alireza Hendijani as to Count One of the Indictment is **ACCEPTED**;

3. Defendant Alireza Hendijani is adjudicated guilty of Count One of the Indictment, which charges him with conspiracy to possess with intent to distribute 400 grams or more of fentanyl and one kilogram or more of heroin, in violation of Title 21, United States Code, Sections 846, 841(a) and (b)(1)(A). In exchange for the Defendant's

guilty plea, the United States Attorney's Office agrees to dismiss Counts 2, 4, and 5 against the Defendant at sentencing [ECF No. 85(plea agreement)].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 9th day of July 2021.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record