UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:21-CR-80026-AMC

UNITED STATES OF AMERICA

v.

ALIREZA HENDIJANI,
    Defendant.
_____/

**<u>SENTENCING MEMORANDUM</u>**

    COMES NOW, the Defendant, by and through undersigned counsel, and pursuant to FRCP, files this sentencing memorandum, and in support, states:

1. Defendant pled guilty to count 1 of the Indictment, Conspiracy to possess with intent to distribute 400 grams or more of fentanyl and one kilogram or more of heroin. Defendant is facing minimum term of imprisonment is 10 years and the maximum term is life, 21 U.S.C. § 841(b)(1)(A).

2. Defendant has a total offense level of 33 and a criminal history category of IV, so the guideline imprisonment range is 188 months to 235 months.

3. In the written plea agreement, although not binding on the Court, the Government and Defendant agree to recommend a sentence of 210 months with Defendant's VSOR sentences to run concurrent with this case. *See* case numbers 09:02CR-80054 and 09:19-TP-80014-DMM.

4. This court has discretion to sentence the Defendant concurrently, partially concurrently or consecutively to the prior undischarged term of imprisonment to achieve a reasonable punishment for the instant offense. *See* § 5G1.3(d).

5. Pursuant to § 5G1.3, Application note 4(c), the Commission recommends the sentence for the instant offense be imposed consecutively to the sentence imposed for the revocation.

6. When negotiating for a specific sentencing recommendation to the Court, the Government and the Defendant took into account the 3553(a) factors and the VSOR sentences in recommending 210 months. 210 months is not the bottom of the guidelines, which Defendants normally argue for at sentencing. Indeed, many Defendants at sentencing ask for a variance or departure, depending on the facts.

7. Undersigned contacted AUSA Marton Gyires. He stands by the agreed recommendation of 210 months to be served concurrent with the VSOR cases.

8. Undersigned contacted Probation Officer Frances Weisberg regarding the concurrent vs consecutive issue. Probation said they recognize the Commission recommends consecutive time for the VSOR cases, but the guidelines are advisory.

WHEREFORE, Defendant prays this Court sentence him to 210 months concurrent with his VSOR cases 09:02CR-80054 and 09:19-TP-80014-DMM.

I CERTIFY THAT a copy of this motion was filed via CM/ECF this 25th day of August, 2021.

/s/ W
Grey Tesh
FL Bar #506176
*Board certified criminal trial lawyer*
515 N. Flagler Dr. Ste P300
West Palm Beach, FL 33401
561-686-6886
gt@greytesh.com
info@greytesh.com
Attorney for Alireza Hendijani