UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80026-CR-CANNON

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**ALIREZA HENDIJANI,**

       Defendant.

_____/

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

THIS MATTER comes before the Court upon Defense Counsel's Unopposed Motion to Continue Sentencing [ECF No. 137]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant's sentencing hearing is hereby reset for 1:00 p.m. on Wednesday, October 20, 2021.

**DONE AND ORDERED** at Fort Pierce, Florida, this 21st day of September 2021.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:    counsel of record