UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-80026-CANNON

**UNITED STATES OF AMERICA,**

vs.

**ALIREZA HENDIJANI,**

    Defendant.

_____/

### NOTICE ON FORFEITURE

    The United States of America (the "United States"), by and through the undersigned Assistant United States Attorney, hereby files this notice on forfeiture.

    On October 21, 2021, the Court entered a Judgment against defendant Alireza Hendijani, ECF No. 170, directing the United States to submit a proposed Order of Forfeiture within three days. The United States is not pursuing federal judicial forfeiture at this time.

    Respectfully Submitted,

    JUAN ANTONIO GONZALEZ
    ACTING UNITED STATES ATTORNEY

By:    *WILLIAM T. ZLOCH*
    WILLIAM T. ZLOCH
    ASSISTANT UNITED STATES ATTORNEY
    Florida Bar No. 0105619
    United States Attorney's Office
    500 S. Australian Ave. Suite 400
    West Palm Beach, FL 33401
    Telephone: (561) 820-8711
    Facsimile: (561) 820-8777
    Email: William.zloch@usdoj.gov